# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

SoClean, Inc.

                                Plaintiff,

v.                                               Case No.: 1:23–cv–02701

                                                                 Honorable Martha M. Pacold

Does 1–292, As Identified in Exhibit 2, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 29, 2023:

      MINUTE entry before the Honorable Martha M. Pacold: Plaintiff's motion for entry of default and default judgment [56] is taken under advisement. By 10/12/2023, Plaintiff is directed to file a supplemental brief of no more than 10 pages addressing whether default judgment against some but not all defendants is appropriate under Federal Rule of Civil Procedure 54(b) and the principles articulated in Frow v. De La Vega, 82 U.S. 552 (1872). See Arwa Chiropractic, P.C. v. Med–Care Diabetic and Medical Supplies, Inc., 961 F.3d 942, 950–52 (7th Cir. 2020); VLM Food Trading Int'l, Inc. v. Illinois Trading Co., 811 F.3d 247, 256 n.6 (7th Cir. 2016); Marshall & Ilsley Trust Co. v. Pate, 819 F.2d 806, 811–12 (7th Cir. 1987); In re Uranium Antitrust Litig., 617 F.2d 1248, 1257–58 (7th Cir. 1980); Krakow Bus. Park v. Locke Lord, LLP, 135 F. Supp. 3d 770, 783 (N.D. Ill. 2015), aff'd sub nom. Domanus v. Locke Lord LLP, 847 F.3d 469 (7th Cir. 2017). Any other party who wishes to file a brief on this point is free to do so by the same deadline. Plaintiff is directed to serve this order on defendants and file a certificate of service on the docket. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.