**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

SoClean, Inc.

                           Plaintiff,

v.                                      Case No.: 1:23–cv–02701
                                      Honorable Martha M. Pacold

Does 1–292, As Identified in Exhibit 2, et al.

                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, December 4, 2023:

       MINUTE entry before the Honorable Martha M. Pacold: By 12/19/2023, in the case should file a joint status report with an update on the status of all remaining defendants in the case (i.e., which defendants have not appeared, which have been dismissed, and which have appeared), any pending motions and to which defendants those motion(s) relate, any defendants that have answered and whether the parties are prepared to proceed with discovery as to those defendants, the status of settlement discussions, and any other pertinent information as to the status of the case or matters the parties wish to raise. 2. Separately, by 4:00 p.m. CT on 12/19/23, plaintiff should show cause why joinder is proper under 35 U.S.C. § 299, and any appearing defendants, if they choose, may file a simultaneous brief on joinder (of no more than 15 pages total among all defendants). (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.