## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

SoClean, Inc.

                                                      Plaintiff,

v.                                                      Case No.: 1:23–cv–02701

                                                      Honorable Martha M. Pacold

Does 1–292, As Identified in Exhibit 2, et al.

                                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 28, 2024:

      MINUTE entry before the Honorable Martha M. Pacold: Telephone status hearing held on 2/28/24. Counsel for plaintiff and counsel for Defendant Choice One Medical d/b/a CPAP Life appeared. (1) Defendant CPAP Life was dismissed on 5/30/23. See [23], [24], and [27]. Defendant ChoiceOne's (CPAP Life's) opposed motion to recover SoClean's TRO Bond [28] is denied as moot pursuant to the parties' agreement. (2) Plaintiff's motion for entry of a preliminary injunction [18] is entered and continued until the 3/21/24 hearing; plaintiff's motion [95] is granted. (3) Plaintiff's supplemental brief in support of its motion for entry of default and default judgment [56] is due by 3/8/24. Defendants' response is due by 3/15/24. (4) Defendants Aulexma Direct, TurbClean, AEXTED, and LAQRITE's responses to plaintiff's motion for discovery sanctions under FRCP 37(c) [91] are due by 3/15/24. (5) Plaintiff is directed to serve this order on all defendants and file a certificate of service on the docket. (6) Telephone status hearing continued to 3/21/24 at 9:05 a.m. CST. Dial toll–free call–in number: 888–684–8852; followed by the conference access code: 9482028#. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions deemed necessary by the court. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.